1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MICHAEL G. LEE, State Bar No. 88956
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 323-1993
8    Fax: (916) 324-5205

9  Attorneys for Defendants Brown, Bellamy, Banks,
   Blaylock, Davis, Easterday, Frial, Hirokawa, Johnson,
10 Fuhlrodt, Gharakhanian, Hance, Juarez, Levine,
   Lewis, Navarro, Pasion, Peterson, Pitts, Price, Robles,
11 Rogers, Seifert, Smith, Thirakomen, Tyner, Wooten
   and Braswell
12 SA2002100556

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN D. WHITE, individually; BEVERLY ANN WHITE, individually; ESTATE OF JOHN DOUGLAS "J.D." WHITE, by and through his successors in interest, JOHN D. WHITE and BEVERLY ANN WHITE,**<br><br>Plaintiffs,<br><br>v.<br><br>**FREDERICK A. BROWN, et al.,**<br><br>Defendants. | NO. CIV F-02-5939 OWW TAG P<br><br>**ORDER** |

On May 25, 2005, at 12:10 p.m., the Court conducted a telephonic hearing concerning Defendants' motion to continue the March 26, 2005, continued settlement conference and to adjust the existing dates for trial, motions, expert depositions, and pretrial conference contained

[Proposed] Order

1

in the February 8, 2005, modified scheduling order. Steven Horvath, Michael P. Stone, P.C., appeared for plaintiffs John and Beverly White. Supervising Deputy Attorney General James Flynn and Deputy Attorney General Michael G. Lee appeared for defendants Frederick Brown, et al.

After discussion with the parties, the Court makes the following orders:

1. The May 26, 2005, continued settlement conference will proceed as presently scheduled;

2. Bruce Slavin, General Counsel of the California Youth and Adult Correctional Agency shall appear at the continued settlement conference with full authority to settle on behalf of Defendants;

3. Jeanne Woodford, Director of the California Department of Corrections is excused from appearing at the continued settlement conference;

4. All other provisions of the May 19, 2005, scheduling order are stayed; and

5. Any further concerns regarding scheduling may be addressed upon proper motion.

Dated:  May 25, 2005


Dated: June 1, 2005            /s/ OLIVER W. WANGER
_____
                               Honorable OLIVER W. WANGER
                               United States District Court Judge

[Proposed] Order