1. BILL LOCKYER
   Attorney General of the State of California
2. ROBERT R. ANDERSON
   Chief Assistant Attorney General
3. FRANCES T. GRUNDER
   Senior Assistant Attorney General
4. JAMES E. FLYNN
   Supervising Deputy Attorney General
5. MICHAEL G. LEE, State Bar No. 88956
   Deputy Attorney General
6.   1300 I Street, Suite 125
     P.O. Box 944255
7.   Sacramento, CA 94244-2550
     Telephone: (916) 323-1993
8.   Fax: (916) 324-5205

9. Attorneys for Defendants Brown, Bellamy, Banks,
   Blaylock, Easterday, Frial, Fuhlrodt, Hance,
10. Hirokawa, Johnson, Levine, Lewis, Navarro, Pasion,
    Peterson, Price, Robles, Rogers, Seifert, Smith, Tyner,
11. Wooten and Braswell
    SA2002100556

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN D. WHITE, individually; BEVERLY ANN WHITE, individually; ESTATE OF JOHN DOUGLAS "J.D." WHITE, by and through his successors in interest, JOHN D. WHITE and BEVERLY ANN WHITE,**<br><br>Plaintiffs,<br><br>v.<br><br>**FREDERICK A. BROWN, et al.,**<br><br>Defendants. | NO. CIV F-02-5939 OWW TAG P<br><br>**STIPULATED PARTIAL DISMISSAL** |

Defendants Frederick Brown, et al., by and through their attorneys of record, California Attorney General Bill Lockyer and Deputy Attorney General Michael G. Lee, and plaintiffs Estate of J.D. White, John D. White and Beverly A. White, by and through their attorneys of record, Michael P. Stone and Stephen Horvath, Michael P, Stone, P.C., Attorneys, hereby stipulate and agree as follows:

Stipulated Partial Dismissal

1

1  Defendants Jesus Juarez, Charles Davis, Khamnunt Thirakomen, James Pitts and
2  G. Gharakanian are dismissed from this action with prejudice.

4  DATED: May 31, 2005                              **/s/  Michael G. Lee**
                                                    MICHAEL G. LEE
5                                                   Attorney for Defendants

7  DATED: June 1, 2005                              **See Attachment for Signature**
                                                    STEPHEN HORVATH
8                                                   Attorney for Plaintiffs

    IT IS SO ORDERED:

10 DATED: June __2__, 2005                          /s/ OLIVER W. WANGER

                                                    Honorable OLIVER W. WANGER
12                                                  United States District Judge

14 02cv5939.stip.wpd

Stipulated Partial Dismissal

2