| | |
|---|---|
| 1 | BILL LOCKYER<br>Attorney General of the State of California |
| 2 | ROBERT R. ANDERSON<br>Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER<br>Senior Assistant Attorney General |
| 4 | JAMES E. FLYNN<br>Supervising Deputy Attorney General |
| 5 | MICHAEL G. LEE, State Bar No. 88956<br>Deputy Attorney General |
| 6 |  1300 I Street, Suite 125<br> P.O. Box 944255 |
| 7 |  Sacramento, CA 94244-2550<br> Telephone:  (916) 323-1993 |
| 8 |  Fax:  (916) 324-5205 |
| 9 | Attorneys for Defendants Brown, Bellamy, Banks,<br>Blaylock, Easterday, Frial, Fuhlrodt, Hance, Johnson, |
| 10 | Levine, Lewis, Navarro, Pasion, Peterson, Price,<br>Robles, Rogers, Seifert, Smith, Tyner, Wooten and |
| 11 | Braswell<br>SA2002100556 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN D. WHITE, individually; BEVERLY ANN WHITE, individually; ESTATE OF JOHN DOUGLAS "J.D." WHITE, by and through his successors in interest, JOHN D. WHITE and BEVERLY ANN WHITE,** | NO. CIV F-02-5939 OWW TAG P<br><br>**SUPPLEMENTAL PARTIAL DISMISSAL** |
| Plaintiffs, | |
| v. | |
| **FREDERICK A. BROWN, et al.,** | |
| Defendants. | |

Defendants Frederick Brown, et al., by and through their attorneys of record, California Attorney General Bill Lockyer and Deputy Attorney General Michael G. Lee, and plaintiffs Estate of J.D. White, John D. White and Beverly A. White, by and through their

/ / /

Supplemental Partial Dismissal

1

1  attorneys of record, Michael P. Stone and Stephen Horvath, Michael P, Stone, P.C., Attorneys,

2  hereby stipulate and agree as follows:

3      Defendant Greg Hirokawa, Ph.D., is dismissed from this action with prejudice.

5  DATED: June 2, 2005      /s/ Michael G. Lee
Deputy Attorney General MICHAEL G. LEE
6      Attorney for Defendants Brown, et al.

8  DATED: June 6, 2005      /s/ Stephen Horvath
STEPHEN HORVATH, Esq.
9      Attorney for Plaintiffs John and
Beverly White, Estate of J.D. White

11      IT IS SO ORDERED:

12      6/14/05      /s/ OLIVER W. WANGER
DATED:
13      Honorable OLIVER W. WANGER
United States District Judge

Supplemental Partial Dismissal

2