1 │ BILL LOCKYER
   │ Attorney General of the State of California
2 │ ROBERT R. ANDERSON
   │ Chief Assistant Attorney General
3 │ FRANCES T. GRUNDER
   │ Senior Assistant Attorney General
4 │ JAMES E. FLYNN
   │ Supervising Deputy Attorney General
5 │ MICHAEL G. LEE, State Bar No. 88956
   │ Deputy Attorney General
6 │  1300 I Street, Suite 125
   │  P.O. Box 944255
7 │  Sacramento, CA 94244-2550
   │  Telephone:  (916) 323-1993
8 │  Fax:  (916) 324-5205

9 │ Attorneys for Defendants Brown, Bellamy, Banks,
   │ Blaylock, Easterday, Frial, Fuhlrodt, Hance, Johnson,
10 │ Levine, Lewis, Navarro, Pasion, Peterson,  Price,
   │ Robles, Rogers, Seifert, Smith, Tyner, Wooten and
11 │ Braswell
   │ SA2002100556

12 │

13 │

14 │                 IN THE UNITED STATES DISTRICT COURT

15 │                FOR THE EASTERN DISTRICT OF CALIFORNIA

16 │

17 │ JOHN D. WHITE, individually; BEVERLY ANN          NO. CIV F-02-5939 OWW TAG P
   │ WHITE, individually; ESTATE OF JOHN
18 │ DOUGLAS "J.D." WHITE, by and through his          SETTLEMENT AGREEMENT
   │ successors in interest, JOHN D. WHITE and         AND RELEASE
19 │ BEVERLY ANN WHITE,

20 │                                     Plaintiffs,

21 │         v.

22 │ FREDERICK A. BROWN, et al.,

23 │                                    Defendants.

24 │

25 │         Plaintiffs, Estate of J.D.White, John D. White and Beverly White, by and through their

26 │ attorneys of record Michael P. Stone, Stephen J. Horvath and Michael P. Stone, P.C. Lawyers,

27 │ and defendants Brown, Bellamy, Banks, Blaylock, Easterday, Frial, Fuhlrodt, Hance, Johnson,

28 │ Levine, Lewis, Navarro, Pasion, Peterson, Price, Robles, Rogers, Seifert, Smith, Tyner, Wooten

Settlement Agreement and Release

1

1  and Braswell, by and through their attorneys of record Bill Lockyer, Attorney General of the

2  State of California and Deputy Attorney General Michael G. Lee, agree and stipulate as follows:

3      1.   That this case shall be dismissed with prejudice upon the order of this court after

4  full payment has been made as specified in paragraph 4 and, that no complaint entertaining any

5  of the claims raised herein, or that might have been raised herein, shall be filed at anytime in the

6  future against the defendants named and unnamed;

7      2.   Plaintiff does for themselves, their heirs, executors, administrators, attorneys,

8  representatives, agents and assigns, release and expressly waive the right to pursue any and all

9  claims, demands, liabilities, actions, suits, causes of action, obligations, controversies, costs,

10 expenses, damages, losses and judgments of every kind or character in law, equity or otherwise,

11 including attorney's fees and costs, against the defendants, named and unnamed, and the State of

12 California, its agencies and departments, officers, employees, agents or assigns which plaintiffs

13 have based upon or by reason of, in whole or in part, any act, omission to act, transaction,

14 practice, conduct, matter, cause or thing of any kind or charge directly or indirectly arising out of

15 or in anyway connected with the alleged events which are the subject of the action *Estate of John*

16 *Douglas White, et al. v. Frederick Brown, et al.,* No. CIV-F-02-5939 OWW TAG;

17     3.   The liability alleged in this lawsuit is disputed and this settlement does not

18 constitute an admission of guilt or wrongdoing on the part of the defendants or any person or

19 entity;

20     4.   Plaintiffs shall receive in compromise of their claim of wrongful death resulting

21 from personal physical injuries suffered by their son J.D. White, $850,000 payable to John

22 Douglas White and Michael P. Stone by a negotiable instrument made out to "John Douglas

23 White and Michael P. Stone P.C."  Payment shall be made as soon as is reasonably possible, but

24 in no event, more than 180 days from the date of filing this agreement.  The parties agree that

25 interest at the legal rate shall begin accruing on the $850,000 settlement on October 1, 2005, and

26 shall be added thereto until the $850,000 settlement plus accrued interest is paid in full.  Full

27 payment of the $850,000 settlement plus interest constitutes a full and final satisfaction of

28 Defendants' obligations pursuant to this settlement agreement.

Settlement Agreement and Release

5. Plaintiffs hereby release all claims arising out of events alleged which are the subject of this action and voluntarily and expressly waive any and all rights or benefits of California Civil Code section 1542.

California Civil Code section 1542 states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of the execution of the release, which if known by him must have materially affected his settlement with the debtor."

Plaintiffs Estate of John Douglas White, John Douglas White and Beverly White agree that, pursuant to the settlement, all rights which they may have retained under section 1542 or any other similar applicable law of any state or territory of the United States are expressly waived;

6. It is the intention of the parties that the settlement embodied in this settlement agreement constitutes a release of all claims and a full and final accord and satisfaction of the above-entitled action so as to bar all related, ancillary, or connected actions, costs, expenses, attorney's fees and liabilities whatsoever, whether or not now known, suspected, claimed or concealed;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Settlement Agreement and Release

3

1    7. This settlement agreement and release constitutes all of the terms to which the

2    parties have agreed. There are no additional terms, agreements, understandings, or contracts

3    between the parties.

4

5    DATED: June 21, 2005          /s/ Michael G. Lee
                                   MICHAEL G. LEE
6                                  Deputy Attorney General
                                   Attorney for defendants
7

8                                  /s/ Michael P. Stone
     DATED: June 21, 2005          See Attachment for Signature
9                                  MICHAEL P. STONE
                                   Attorney for plaintiffs
10                                 Estate of J.D. White, John Douglas White
                                   and Beverly White
11

12                                 /s/ John Douglas White
     DATED: June 21, 2005          See Attachment for Signature
13                                 JOHN DOUGLAS WHITE

14

15                                 /s/ Beverly Ann White
     DATED: June 21, 2005          See Attachment for Signature
16                                 BEVERLY ANN WHITE

17

18        IT IS SO ORDERED.

19                                 /s/ OLIVER W. WANGER
     DATED:   June 21, 2005
20                                 HONORABLE OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE
21   02cv5939.settle.wpd

22

23

24

25

26

27

28

Settlement Agreement and Release

4