UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


JOHN D. WHITE, et al.,            )
                                  )
                                  )
              Plaintiff,          )          1:02-cv-5939 OWW TAG P
                                  )
      v.                          )
                                  )
FREDERICK A. BROWN, et al.,       )          ORDER DISMISSING ACTION
                                  )
                                  )
              Defendant           )
_____)


     Pursuant to the stipulation of the parties this action is
dismissed.

Dated: November 4, 2005               /s/ OLIVER W. WANGER
                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge

1